05-15-00575-CV

ACCEPTED
5/4/2015 3:00:576 PM
JOHN OF APPEALS
COUNTY, CLERK
5/5/2015 11:26 AM
LISA MATZ
CLERK

**CAUSE NO. CC-15-01795-E**

| | | |
|---|---|---|
| **JOHN SCOTT PITTMAN, KAREN** | § | **IN THE COUNTY COURT** |
| **PITTMAN, and J.T.P., a minor child,** | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **AT LAW NO. 5** |
| **LEWISVILLE INDEPENDENT SCHOOL** | § | |
| **DISTRICT and HEBRON HIGH** | § | |
| **SCHOOL,** | § | |
| **Defendants.** | § | **DALLAS COUNTY, TEXAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/5/2015 11:26:32 AM
LISA MATZ
Clerk

## PLAINTIFFS' NOTICE OF APPEAL

This Notice of Appeal is filed by Plaintiffs John Scott Pittman, Karen Pittman, and J.T.P., a minor child, parties to this proceeding who seek to alter the trial court's judgment or other appealable order.

1.      The trial court, cause number, and style of this case are as shown in the caption above.

2.      The order appealed is the *Order Granting Defendants' Plea to the Jurisdiction*, entered on May 1, 2015, a true and correct copy of which is attached hereto as Exhibit A.

3.      On May 1, 2015, the trial court entered this *Order Granting Defendants' Plea to the Jurisdiction*. This order is a final appealable order.

4.      Plaintiffs John Scott Pittman, Karen Pittman, and J.T.P., a minor child, desire to appeal from all portions of the order.

5.      This appeal is taken to the Fifth Court of Appeals, Dallas, Texas.

6.      This Notice of Appeal is being filed by Plaintiffs John Scott Pittman, Karen Pittman, and J.T.P., a minor child.

**PLAINTIFFS' NOTICE OF APPEAL**                                                        **Page 1**
2619863 v2-25424/0001 PLEADINGS

Respectfully submitted,

**GODWIN LEWIS PC**


/s/ Donald E. Godwin_____
**Donald E. Godwin**
Texas Bar No. 08056500
Don.Godwin@GodwinLewis.com
**James E. Johanns**
Texas Bar No. 24036847
James.Johanns@GodwinLewis.com
**Stefanie M. McGregor**
Texas Bar No. 24037019
Stefanie.McGregor@GodwinLewis.com

Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Tel:     214.939.4412
Fax:    214.760.7332

**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically via the Court's electronic filing service, mailed, faxed, emailed, or hand delivered to all attorneys of record, in compliance with the Texas Rules of Civil Procedure on the 4th day of May, 2015.

/s/ Donald E. Godwin_____
Donald E. Godwin

# EXHIBIT A

Cause No. CC-15-01795-E

| | |
|---|---|
| JOHN SCOTT PITTMAN, KAREN PITTMAN, AND J.T.P., A MINOR CHILD<br><br>VS.<br><br>LEWISVILLE INDEPENDENT SCHOOL DISTRICT AND HEBRON HIGH SCHOOL | In the County Court<br>of Dallas County<br>at Law N° 5 |

## ORDER GRANTING DEFENDANTS'
## PLEA TO THE JURISDICTION

On this date, came on to be heard defendants' Lewisville Independent School District and Hebron High School's plea to the jurisdiction. Having the considered the live pleadings, the plea the jurisdiction, the response thereto, the reply to the response, and the arguments of counsel, the court is of the opinion that defendants' plea to the jurisdiction should be granted. IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that defendants' plea to the jurisdiction is GRANTED and that plaintiffs' causes of action against defendants are hereby DISMISSED for lack of subject matter jurisdiction.

Costs of court are taxed against the party incurring same.

This is a final and appealable order.

Signed May 1, 2015.

*Mark Greenberg*
Judge Presiding